**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

DEBORAH LOCKLEAR          *

        *Plaintiff*         *

v.             *      Civil Action No. 1:19-cv-00659-DKC

WALMART, INC., *et al.*       *

       *Defendants*       *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Walmart, Inc., *et al.* (collectively "Walmart" or "Defendants"), by and through counsel JENNIFER M. ALEXANDER, ESQUIRE, KELLY S. KYLIS, ESQUIRE, and MCNAMEE, HOSEA, JERNIGAN, KIM, GREENAN & LYNCH, P.A., pursuant to Fed. R. Civ. Proc. 56 and Local Rule 105, moves for summary judgment dismissing all of Plaintiff Deborah Locklear's claims against Walmart in the above captioned case on the grounds that there exists no genuine dispute of any material fact, and Walmart is entitled to judgment as a matter of law. The accompanying Memorandum is incorporated and adopted as support for the Motion.

WHEREFORE, Defendants Walmart, Inc., *et al.* respectfully request that Defendants' Motion for Summary Judgment be granted and final judgment be entered in favor of Defendants.

Respectfully submitted,

*/s/ Jennifer M. Alexander*
Jennifer M. Alexander
jalexander@mhlawyers.com
Fed. Bar No.:  15222

*/s/ Kelly S. Kylis*
Kelly S. Kylis
kkylis@mhlawyers.com
Fed Bar. No.:  14126

1

**MCNAMEE HOSEA JERNIGAN KIM**
**GREENAN & LYNCH, P.A.**
888 Bestgate Road, Suite 402
Annapolis, Maryland 21401
410-266-9909
*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 25th day of November, 2019, a copy of the foregoing was electronically filed and served via the Court's CM/ECF Systems upon:

Jason Wasserman, Esq.
Silverman Thompson Slutkin & White, LLC
201 North Charles Street, Suite 2600
Baltimore, Maryland 21201
*Attorneys for Plaintiff*

*/s/ Jennifer M. Alexander*
Jennifer M. Alexander, Esquire